UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20429-CV-WILIAMS

| | |
|---|---|
| COÖPERATIEVE RABOBANK U.A., New York Branch, BROWN BROTHERS HARRIMAN & CO., BANK HAPOALIM B.M., MITSUBISHI INTERNATIONAL CORPORATION, ICBC STANDARD BANK PLC, TECHEMET METAL TRADING, LLC, WOODFOREST NATIONAL BANK and BANK LEUMI USA,<br><br>                 Plaintiffs,<br><br>v.<br><br>LINDSEY RUBIN,<br><br>                 Defendant. | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties in this action that all claims asserted by Plaintiffs, *Coöperatieve Rabobank U.A., New York Branch, Brown Brothers Harriman & Co., Bank Hapoalim B.M., Mitsubishi International Corporation, ICBC Standard Bank Plc, Techemet Metal Trading, LLC Woodforest National Bank, and Bank Leumi USA*, against Defendant, Lindsey Rubin, shall be and hereby are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Dated: April 18, 2019

| | |
|---|---|
| GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard, Suite 2000<br>Ft. Lauderdale, Florida 33301<br>Telephone: (954) 765-0500<br>Primary Email: beanyouna@gtlaw.com<br>Primary Email: grossmansm@gtlaw.com<br>Secondary Emails: yeargina@gtlaw.com;<br>scottla@gtlaw.com; FLService@gtlaw.com | BAST AMRON LLP<br>SunTrust International Center<br>One Southeast Third Avenue, Suite 1400<br>Miami, Florida 33131<br>Telephone: (305) 379-7904<br>Primary Email: bamron@bastamron.com<br>Primary Email: zlaux@bastamron.com |

By:  /s/ Avi Benayoun
    Avi Benayoun (FBN 0151696)
    Scott M. Grossman (FBN 0176702)

By:  */s/* Brett M. Amron
    Brett M. Amron (FBN 0148342)
    Zakarij N. Laux (FBN 93784)

-and -

*Counsel for Defendant Lindsey Rubin*

MICHAEL LUSKIN*
ALEX TALESNICK*
STEPHAN HORNUNG*
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Primary Email: luskin@lsellp.com
Primary Email: talesnick@lsellp.com
Primary Email: hornung@lsellp.com

* admitted *pro hac vice*

*Counsel for Plaintiffs Coöperatieve Rabobank U.A., New York Branch, Brown Brothers Harriman & Co., Bank Hapoalim B.M., Mitsubishi International Corporation, ICBC Standard Bank Plc, Techemet Metal Trading, LLC Woodforest National Bank, and Bank Leumi USA*

2